**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          In re Courtney Nixon

Appellate case number:     01-13-00842-CV

Trial court case number:    09-FD-2160

Trial court:                          County Court at Law No. 2 of Galveston County

On October 3, 2013, relator, Courtney Nixon, filed a petition for a writ of mandamus and an emergency motion for temporary stay, requesting that "the Court stay all proceedings and temporary orders in the underlying matter pending its determination of and ruling on Relator's" petition. Relator's motion for temporary relief is **denied**.

Further, the Court requests that the real party in interest respond to the petition for writ of mandamus. The response, if any, is due **Friday, October 18, 2013**.

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                   ☒ Acting individually     ☐ Acting for the Court

Date: October 4, 2013